Gary L. Huss (SBN 057370)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: ghuss@wctlaw.com

Attorneys for Defendant
PATRICK MITCHELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| DONELL GLENN STETLER,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICK MITCHELL, GREENPOINT MORTGAGE FUNDING, INC. et al.,<br><br>        Defendants. | Case Number 1:07-CV-00123-DLB<br><br>**FIRST AMENDED JUDGMENT** |

      The court's prior Order Granting Defendant's Motion for Summary Judgment dated March 7, 2008, remains in full force and effect, is incorporated herein by reference, and attached as Exhibit "A." The court's prior Order on Plaintiff's Objections to Defendant Mitchell's Bill of Costs dated March 7, 2008, remains in full force and effect, is incorporated herein by reference, and attached as Exhibit "B." The court's prior Order Granting Defendant Mitchell's Motion for Attorneys' Fees dated May 16, 2008, remains in full force and effect, is incorporated herein by reference, and attached as Exhibit "C."

      The court further clarifies herein that Defendant Patrick Mitchell is the prevailing party herein, and that Exhibits A - C are combined into a Judgment against Plaintiff, DONELL

GLEN STETLER in the sum of $10,000 in attorneys fees, and costs in the sum of $1,905.66 with interest thereon compounding at the legal rate from the date of this Judgment.

IT IS SO ORDERED.

     **Dated: June 2, 2008**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE